# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2021

## NO. 03-18-00044-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Alam, Inc.; and Panah, Inc., Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES GOODWIN AND KELLY
### REVERSED AND RENDERED -- OPINION BY JUSTICE BYRNE

This is an appeal from the district court's January 19, 2018 interlocutory order overruling in part appellants' plea to the jurisdiction. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Because the district court lacks subject-matter jurisdiction over Alam's protest and UDJA claims, it erred in overruling the Comptroller's plea to the jurisdiction as to those claims. Accordingly, the Court reverses the district court's order and renders judgment dismissing Alam's protest and UDJA claims for lack of jurisdiction. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.